UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60019-CIV-SINGHAL/DAMIAN

MARGARITA LUGO,

    Plaintiff,

vs.

KILOLO KIJAKAZI, Acting Commissioner
of Social Security,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** has come before the Court upon a Report and Recommendation Following Cross-Motions for Summary Judgment (DE [22]) filed on March 27, 2023, recommending that the Court deny Plaintiff's Motion for Summary Judgment (DE [17]), grant Defendant's Motion for Summary Judgment (DE [18]), and affirm the decision of the Administrative Law Judge. The Court has reviewed the entire file and record and has made a *de novo* review of the issues.

No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (DE [22]) is **AFFIRMED** and **ADOPTED**.
2. Plaintiff's Motion for Summary Judgment (DE [17]) is **DENIED**.
3. The Defendant's Motion for Summary Judgment (DE [18]) is **GRANTED**.
4. The Administrative Law Judge's Decision is **AFFIRMED**.

5. The Clerk of Court is directed to **CLOSE** this case. Any other pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 4th day of May 2023.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF